# United States District Court
## Northern District of Texas
### Dallas Division

UNITED STATES OF AMERICA

V.

Mrunal Desai(1)

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:23-cr-00249(1)

To: The United States Marshal
and any Authorized United States Officer

MAG. CASE NUMBER: _____

YOU ARE HEREBY COMMANDED to arrest  Mrunal Desai

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Sealed Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with:

Bank Fraud and Aiding and Abetting Bank Fraud

in violation of Title  18 U.S.C.
United States Code, Section(s)
1344(2) and 2

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

Signature of Issuing Officer: Karen Mitchell

U.S. Magistrate Judge Irma Carrillo Ramirez
Judge

Date: 6/22/2023

Location: Dallas, TX

s/O. Hernandez
(By) Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

ARRESTED WITHIN THE DISTRICT OF: N/CA-San Jose
BY: FBI
ON: 6/27/23
SIGNATURE OF ARRESTING OFFICER SIGNED: [signature]

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | |

OIG

115660528