IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 3:23-cr-249-K |
| | § | |
| MRUNAL DESAI (2) | § | |

# **ORDER**

On June 27, 2023, a magistrate judge in the Northern District of California released the defendant on bond. The Order Setting Conditions of Release also imposed minimal conditions on his release; specifically, that the defendant submit to supervision by Pretrial Services; not change his residence without prior approval of Pretrial Services; and not travel outside the Northern District of California, except to the Northern District of Texas for court appearances. The next month, upon notice that the defendant's father-in-law was having surgery in Atlanta, Georgia, the Court modified the defendant's conditions of release to allow him to travel to Atlanta for his father-in-law's surgery and to stay in Atlanta and assist his family from July 18 until August 10. Then on August 9, the defendant filed a motion (ECF No. 37) to further modify his conditions of release to grant him an unlimited extension of time in Atlanta and to generally permit him to travel to Atlanta

based on his family's needs. He also requested to be allowed to travel within the continental United States for work.

18 U.S.C. § 3142(c) requires a court to impose the least restrictive combination of conditions that the court determines will reasonably assure the defendant's appearance as required and the safety of any other person and the community. At any time, however, a court may amend the order setting conditions of release to impose additional or different conditions of release. 18 U.S.C. § 3142(c)(3). Here, the information before the Court is not sufficient for the Court to find that the defendant's conditions should be modified. The defendant has not provided any specific information about his father-in-law's condition, nor any evidence to verify his condition or to support the assertion that the defendant's family needs him in Atlanta to care for his father-in-law. The defendant also has not provided any information about his work or his need to travel throughout the country.

Accordingly, the defendant's motion is DENIED without prejudice. The defendant remains subject to all conditions of release imposed by the June 27, 2023 Order Setting Conditions of Release. The Court expects that he will submit to supervision by Pretrial Services in the Northern District of California; not change his residence without prior approval of Pretrial Services; and not travel outside the Northern District of California. Any

future motion to modify the defendant's travel restrictions must be supported by evidence.

SO ORDERED.

September 1, 2023

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE